IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, § | | |
| FONOVISA. INC., ARISTA RECORDS, § | | |
| LLC and UMG RECORDINGS, INC., § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-05-1005 | |
| § | | |
| JUANA ARAUJO, § | | |
| § | | |
| Defendants. § | | |

**ORDER**

The plaintiffs have filed a motion to vacate the trial date, to deem plaintiffs' second set of requests for admission granted, and to file a motion for summary judgment. Alternatively, plaintiffs ask that this court vacate the trial date and require the defendant, Juana Araujo, to show cause why she has not participated in discovery and other preparations for trial. The plaintiffs argue that Araujo has avoided any communication with them, making it impossible to prepare for trial.

The motion to vacate the trial date is granted. Juana Araujo is ORDERED to appear in courtroom 11-B on **March 31, 2006, at 2:00 p.m.**, to explain why she has not cooperated in discovery or trial preparations. Failure to attend may result in the granting of the relief plaintiffs seek or other sanctions, which may include the entry of judgment against Araujo.

SIGNED on March 27, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge